UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN HENDERSHOT, an individual f/d/b/a BOARDWALK DISTRIBUTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS OF OKLAHOMA, LLLP d/b/a JARBOE SALES COMPANY, *et al.*,<br><br>Defendants. | Case No. <u>20-CV-652 CVE CDL</u> |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Bryan Hendershot, and Defendants, Southern Glazer's Wine and Spirits of Oklahoma, LLP, Central Liquor Company, L.P., and Best Brands of Delaware, LLC, hereby stipulate that this action be dismissed with prejudice, each party to bear its own attorney fees and costs.

Respectfully submitted,

*/s/ Laurence L. Pinkerton*
Laurence L. Pinkerton, Esq. (OBA #7168)
PINKERTON LAW, P.C.
1110 W. 84th St. South
Tulsa, Oklahoma 74132
(918) 587-1800
pf@att.net
*Attorney for Plaintiff*

*/s/ Robert G. McCampbell*
Robert G. McCampbell, OBA #10390
**GABLEGOTWALS**
One Leadership Square, Fifteenth Floor
211 North Robinson
Oklahoma City, Oklahoma 73102
(t) 405.235.5500 | (f) 405.235.2875
rmccampbell@gablelaw.com

Craig A. Fitzgerald, OBA #15233
**GABLEGOTWALS**
110 N. Elgin Ave.
Ste. 200
Tulsa, Oklahoma 74120
(t) 918.595.4800 | (f) 918.595.4990
cfitzgerald@gablelaw.com

Richard S. Krumholz*
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
(t) 214.855.8000 | (f) 214.855.8200
richard.krumholz@nortonrosefulbright.com

Robin D. Adelstein*
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
(t) 212.318.3108 | (f) 212.408.5100
robin.adelstein@nortonrosefulbright.com

Eliot F. Turner*
Luke S. Schamel*
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(t) 713.651.5151 | (f) 713.651.5246
eliot.turner@nortonrosefulbright.com
luke.schamel@nortonrosefulbright.com

*Admitted pro hac vice

*Attorneys for Defendants*
*Central Liquor Company, L.P., and Best Brands of Delaware, LLC*

*/s/ Mary H. Tolbert*
D. Kent Meyers, OBA #6168
Mary H. Tolbert, OBA #17353
**CROWE & DUNLEVY**
Braniff Building
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK  73102
Telephone:	(405) 235-7700
Email:  kent.meyers@crowedunlevy.com
Email:  molly.tolbert@crowedunlevy.com

*Attorneys for Defendant*
*Southern Glazer's Wine and Spirits of Oklahoma*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 5, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of the Electronic Filing to all ECF registrants.

                                            s/ Laurence L. Pinkerton
                                            Laurence L. Pinkerton